### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**GIUSEPPE "JOE" BRANDONISIO**                                                    **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 1:20-CV-232-SA-DAS**

**NISSAN OF CORINTH, LLC,**
**d/b/a CORINTH AUTO GROUP, et al.**                                   **DEFENDANTS**

### ORDER

In light of the matters discussed in a telephonic status conference held on this day, counsel for the parties are directed to notify the Court within seven days of this Order as to whether this case shall be reopened or whether any party intends to file a motion to enforce the settlement agreement or the parties have resolved their dispute and the case will remained closed.

**SO ORDERED**, this the 2nd day of February, 2022.

                                   **/s/ David A. Sanders**
                                   **UNITED STATES MAGISTRATE JUDGE**